# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| YVETTE BARBARA BALDWIN,<br>    Plaintiff, | Case No. 1:12-cv-134 |
| | Spiegel, J.<br>Bowman, M.J. |
| vs | |
| UNITED NATIONS SECURITY COUNCIL,<br>    Defendant. | **ORDER** |

Plaintiff has filed a complaint which contains personal identifying information, including the plaintiff's social security number and plaintiff's birth certificate, in attachments to the complaint (pages 7-11).

Pursuant to Rule 5.2(a), Fed. R. Civ. P., filing parties shall omit or partially redact personal data identifiers from all pleadings, documents and exhibits.  Plaintiff is notified that any further documents filed with the Court shall omit personal data identifiers.

The Clerk of Court is hereby **DIRECTED** to redact the privacy information from plaintiff's complaint.

The Clerk of Court is further **DIRECTED** to electronically file the redacted version of the complaint.

The Clerk is **DIRECTED** to seal the original attachments (pages 7-11) to the complaint and to reflect the sealing of those pages on the docket of the Court.  The original attachments to the complaint shall be retained under seal until further order of the Court.

   **IT IS SO ORDERED**.

                                             /s/ *Stephanie K. Bowman*
                                             United States Magistrate Judge