UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

YVETTE BARBARA BALDWIN, :
: NO. 1:12-CV-00134
    Plaintiff, :
:
:
v. : **ORDER**
:
:
UNITED NATIONS SECURITY :
COUNCIL, :
:
    Defendant.

This matter is before the Court on the Magistrate Judge's Report and Recommendation, (doc. 6), to which no objections were filed. After conducting a sua sponte review of Plaintiff's complaint, the Magistrate Judge recommends that Plaintiff's complaint be dismissed as frivolous or, in the alternative, for failure to state a claim for relief (doc. 6). In addition, the Magistrate Judge recommends that Plaintiff be given notice that she may be subject to sanctions if she continues to file frivolous lawsuits with this Court and that the Court certify that an appeal of this Order would not be taken in good faith and deny Plaintiff leave to appeal in forma pauperis.

Plaintiff was served with the Magistrate Judge's Report and Recommendation and was therefore afforded proper notice of the Magistrate Judge's Report and Recommendation as required by 28 U.S.C. § 636(b)(1)(C), including the notice that failure to file timely objections to the Report and Recommendation would result in

a waiver of further appeal. See <u>United States v. Walters</u>, 638 F.2d 947, 949-50 (6th Cir. 1981). To date, no objections have been filed.

Having reviewed this matter pursuant to 28 U.S.C. §636(b), the Court finds the Magistrate Judge's Report and Recommendation well-reasoned, thorough, and correct. Accordingly, the Court ADOPTS it in its entirety (doc. 6).

Plaintiff's complaint is therefore DISMISSED (doc. 5). Plaintiff is hereby GIVEN NOTICE that she will be subject to sanctions if she continues to file such frivolous lawsuits with this Court. These sanctions will include, but not be limited to, a pre-filing restriction that would prohibit her from filing any additional complaints without leave of Court. Further, the Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith and Plaintiff is thus DENIED leave to appeal <u>in forma pauperis</u>.

SO ORDERED.

Dated: 8/7/12

S. Arthur Spiegel
United States Senior District Judge